No. 00-1340. CITY OF ELDON ET AL. *v.* BELK. C. A. 8th Cir. Certiorari denied.

No. 00-1346. MOORE NORTH AMERICA, INC., FKA MOORE U. S. A., INC. *v.* STANDARD REGISTER CO. C. A. Fed. Cir. Certiorari denied.

No. 00-1349. ROGERS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-1350. RANEY *v.* CITY OF MELBOURNE, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 00-1353. NIXON ET UX. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00-1356. HAYHURST ET UX. *v.* AMERICAN ASSOCIATION OF NATUROPATHIC PHYSICIANS. C. A. 9th Cir. Certiorari denied.

No. 00-1365. SIENKIEWICZ *v.* McDOUGALL ET AL. C. A. 11th Cir. Certiorari denied.

No. 00-1373. CLAVETTE *v.* MAINE DEPARTMENT OF DEFENSE AND VETERANS SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 00-1374. EAST BAY ASIAN LOCAL DEVELOPMENT CORP. ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00-1380. LOUISIANA SEAFOOD MANAGEMENT COUNCIL ET AL. *v.* FOSTER, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00-1381. MAXFIELD *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 00-1388. TELEPO *v.* PALMER TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 00-1390. CATERINA ET AL. *v.* UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 00-1391. SANTORELLI *v.* COWHEY, JUSTICE, SUPREME COURT OF NEW YORK, NINTH JUDICIAL DISTRICT, ET AL. C. A. 2d Cir. Certiorari denied.